IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:06CR303-CSC |
| | ) | [18 USC 13; 2006 DEC 28 A II: 06 |
| V. | ) | 32-5A-191(a)(1)(2)] |
| | ) | DEBRA P. HACKETT, CLK |
| LORRAINE G. ERICKSON | ) | INFORMATION  U.S. DISTRICT COURT |
| | | MIDDLE DISTRICT ALA |

The United States Attorney charges:

On or about the 14th October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, LORRAINE G. ERICKSON did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in her blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Nathan Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA         )    AFFIDAVIT
                         )
DALE COUNTY              )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 14th of October 2006, I was conducting a safety checkpoint at 3rd street and Novosel street when I made contact with the driver of a motor vehicle. I detected a strong odor of alcohol emitting from the driver. The driver was identified as LORRAINE G. ERICKSON. ERICKSON was asked to perform a field sobriety tests all of which she failed. ERICKSON was apprehended and taken to the MP Station, where she was advised of the Alabama implied consent law. ERICKSON was administered a breathalyzer test, which registered a .20 BAC. ERICKSON was then processed and released. In my opinion as a law enforcement officer, ERICKSON was under the influence of alcohol.

_____
CHAD M. THERIAULT, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __7th__ day of __December__ 2006.

_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006