| COURTROOM DEPUTY MINUTES | DATE: MARCH 6, 2007 | Time: 10:04 - 10:06 |
|---|---|---|
| | | 10:41 - 10:45 |

MIDDLE DISTRICT OF ALABAMA

TAPE NO:  3053  @ 5  to  107 ; 177 - 260

- √ INITIAL APPEARANCE
- ❏ BOND HEARING
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ❏ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: *CHARLES S. COODY*       DEPUTY CLERK: *WANDA STINSON*

CASE NO. *1:06-CR-303-CSC*       NAME: *LORRAINE G. ERICKSON*

AUSA: *CAPT. NATHAN T. GOLDEN*       DEFT. ATTY: *DONNIE BETHEL*

Type Counsel: ( ) Retained;  ( ) Panel CJA;  ( ) Waived;  ( ) CDO

USPO: _____

Defendant _____ does √  does NOT need an interpreter.  Interpreter  NAME: _____

---

- ❏ Kars.    Date of Arrest _____ or ❏karsr40
- √ Kia.    Deft. First Appearance. Advised of rights/charges.  ❏Pro/Sup Rel Violator
- √ Kcnsl.    Deft. First Appearance with Counsel
- ❏    Deft. First Appearance without Counsel
- ❏    Requests appointed Counsel √ **ORAL MOTION**
- √ Finaff.    Financial Affidavit executed ❏ to be obtained by PTSO
- √ Koappted    **ORDER** appointing Community Defender Organization
- ❏ K20appt.    Panel Attorney Appointed; ❏ to be appointed - prepare voucher
- ❏    Deft. Advises he will retain counsel.  Has retained _____
- √ karr.    **ARRAIGNMENT** √ **HELD.** Plea of **NOT GUILTY** entered.
    - √ Jury Trial Set for  5/7/07        ❏ **PRETRIAL CONF. DATE:** _____
    - √ **DISCOVERY DISCLOSURES DATE:**  3/12/07
    - ❏ Request Non-Jury Trial set for _____.
    - ❏ **GUILTY PLEA** entered.
- √ **CONSENT** to Proceed before U.S. Magistrate Judge
- ❏ krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel.