IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 1:06CR303-CSC |
| ) | |
| LORRAINE G. ERICKSON ) | |

**ORDER**

For good cause, it

**ORDERED** that sentencing is set in the above-case on **July 10, 2007 at 10:00 a.m.**, before United States Magistrate Judge Susan R. Walker, at the Soldiers Service Center, Building 5700, in Room 342, Ft. Rucker, Alabama.

Done this 10th day of May, 2007.

                                          /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE